FILED

10/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0242

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOURNEY RYDER JOHN WIENKE,

      Defendants and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 19, 2021, within which to prepare, serve, and file its response brief.

**CMF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 18 2021